UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) DOCKET NO.: 23-mj-01007-DLC |
| | ) |
| CORY JOHN DAIGLE | ) |

## WAIVER OF PROBABLE CAUSE HEARING

The defendant, Cory John Daigle, having been charged with offenses in a criminal complaint filed in this Court, hereby waives his right to a preliminary hearing on the issue of probable cause under Fed. R. Crim. P. 5.1.

After further consultation with the government, the parties request that the Court cancel the hearing currently scheduled for January 23, 2023, at its earliest convenience.

CORY JOHN DAIGLE,
By his Attorney,

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr., BBO #630813
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, as identified on the Notice of Electronic Filing (NEF) on January 20, 2023.

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.