UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

No. 23-mj-1007-DLC

CORY DAIGLE

APPEARANCE OF COUNSEL

Please enter my appearance for Cory Daigle in the above referenced matter.

*/s/ Carmine Lepore*
Carmine P. Lepore
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA 02151
BBO# 564603
781-286-8800

January 23, 2023